THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SCHLECTER, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted April 21, 1948; decided April 23, 1948.

*Edward Schlecter,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.,* of counsel), opposed.

Motion for leave to appeal denied. Appeal taken as of right dismissed.